ROB ERSKINE
#1746764 0
O.S.P.
2605 STATE ST
SALEM, OREGON
/ 97310

01-21-23

FILED 25 JAN '23 10:43USDC-ORP

IN THE UNITED STATES DISTRICT COURT STATE OF OREGON
PORTLAND DIVISION

ROB ERSKINE
          PETITIONER,

VS.

NUMEROUS UNKNOWN
STATE OF OREGON EMPLOYEES
IN THEIR INDIVIDUAL
PERSONAL AND OFFICIAL
CAPACITIES WHILE
ACTING UNDER COLOR
OF STATE LAW, STATE
OF OREGON IN ITS
OFFICIAL CAPACITIES
          RESPONDENTS

CASE NO. 6:23-cv-00131-JE
HABEAS CORPUS PETITION,
CERTIFICATE OF SERVICE,
MOTION FOR APPOINTMENT
OF COUNSEL, DECLARATION
IN SUPPORT-

COMES NOW ROBERT LEE ERSKINE SEVERELY
MENTALLY ILL, WITH BRAIN DAMAGE AND
DIMENCHIA W/ NO UNDERSTANDING OF FEDERAL
CIVIL LITIGATION, LAWS, RULES OR POLICIES,
REQUESTING APPOINTMENT OF COUNSEL FOR
          PAGE 1 OF 4

ALLREADY PROVEN IN A COURT OF LAW A GROSS CONTINUOS GROSS INHUMANE VIOCATION OF MY CIVIL RIGHT, RESULTING IN ONGOING ILLEGAL AND WRONGFULL INCARCERATION I PRAY THIS HONORABLE COURT APPOINT ME A FEDERAL PUBLIC DEFENDER, PREFERABLY ANTHONY BORNSTIEN WHO IS CURRENTLY REPRESENTING ME IN A HABEAS CORPUS W/ THE PORTLAND U.S. DISTRICT COURT WHO HAS ALLREADY BEEN BRIEFED ON MY CLAIMS BUT IS NOT CURRENTLY REPRESENTING ME YET –

CLAIM #1) ERSKINE V. P.S.R.B. IS CASE LAW IN ALL LAW LIBRARIES IN OREGON I WON DUE TO THE FACT THE OREGON STATE COURT OF APPEALS RULED THAT THE P.S.R.B./ O.S.H. DID NOT DUE A CONDITIONA RELEASE PLAN, MENTAL HEALTH CARE TREATMENT PLAN OR PSYCH EVAL PRIOR TO ILLEGALLY AND WRONGFULLY SENDING ME TO OREGON STATE PRISON ON 02-25-11 – D.O.C. WAS SUPPOSE TO CONTACT THE P.S.R.B. ONCE A MONTH TO REPORT MY PROGRESS IN PRISON IN THE FACT THAT MY PSYCHIATRIST/O.D.O.C. DR. SUSAN ELMORE SAID I WAS MENTALLY UNSTABLE WHEN I GOT TO O.S.P. AND COMPLETELY DECOMPENSATED AND PICKED UP 19 YEARS AND 30 DAYS FOR STAFF ASSAULTS DURING WHICH TIME O.S.P. STAFF

PAGE 2 OF 4

WHERE COMITTING CRIMINAL ACT, STILL ALGOING
ASSAULT, TORTURE AND RETALIATING AGAINST ME
FOR MY MENTAL ISSUES, INCLUDING UNGOING
UNECESSARY AND UNECESSARY VIOLENT CELL
EXTRACTIONS AND UNPROFESSIONAL AND RETALITORY
BEHAVIOR WHICH CREATES A CONFRONTATIONAL
ENVIROMENT WHERE VIOLENCE AND PSYCHOLOGICAL
DECOMPENSATION IS PROMOTED (DISABILITY
RIGHTS OF OREGON LEAD ATTORNEYS SARAH RADCLIFFE
AND JOEL GREENBURG PROVED ALL ABOVE CLAIMS
W/ D.O.C. RECORDS AND OTHER STAFF COMING
FORWARD AND TESTIFYING AGAINST STAFF — NONE
STAFF WAS FIRED OR RESIGHNED, AND SAID ACTIONS
ARE STILL ONGOING, WHICH IS ILLEGAL AND
WRONGFULL INCARCERATION. SARAH RADCLIFFE
TESTIFIED TO ALL THEESE CLAIMS ON MY
BEHALF AND MY CURRENT MARION COUNTY
PUBLIC DEFENDER DAVID HAYES HAS SAID
AUDIO TESTIMONY
O.S.P. A.I.C. MARTIN HILGARDNER SID#
15203660 IS A WITNESS INCLUDING NUMEROUS
 660
UNKNOWN INMATES IN B.H.U. SAME ACTIONS
AS 2015 ROMAINGS CHANGED STILL SAME STAFF
THEY CHILLED A LITTLE DURING THE INVESTIGATION
BUT HAVE NOT CHANGED
THERE IS B.H.S. STAFF THAT WILL COME
FORWARD AGAIN W/ C.O. AGAINST A SIGNIFICANT
NUMBER OF O.S.P./B.H.U. EMPLOYEES
I NEED A FEDERAL ATTORNEY PLEASE
        PAGE 3 OF 4

I REALIZE CLAIM #1) IS REAL LONG
BUT I DONT KNOW THE RIGHT WAY TO DO IT
AN ATTORNEY WOULD NEED TO SET UP LEGAL CALL
SO I CAN EXPLAIN / MY WRITING IS GARBAGE
I APOLAGIZE MY I LOOK LIKE I

RELIEF SOUGHT: A FULL DISCHARGE W/ NO PAROLE
ON ALL PAST CURRENT O.D.O.C. CHARGE AND ANY
POTIENTIAL FEDERAL CHARGES AS A RESULT OF
THIS ENTIRE ILLEGAL / WRONGFUL ONGOING INCARCERATION
W/ OUT OF COURT FINANCIAL COMPENSATION AND
HELP W/ HOUSING, FOOD, TRANSPORTATION, CLOTHES
UPON RELEASE INCLUDING "APPROVED" S.S.I./S.S.D.
AND HUD HOUSING IN THE INTEREST OF JUSTICE
THIS ENTIRE INCARCERATION HAS BEEN ONGOING
ILLEGAL / WRONG AND INHUMANE A INTENTIONAL
KNOWINGLY, WILLINGLY, PURPOSELY AND DELIBRATE
MALICIOUS ACTIONS BY D.O.C./O.D.O.C. STATE
OF OREGON EMPLOYEES
I ALSO WANT A FULL DISCHARGE ON ALL STATE
HOSPITAL SENTENCE AS A RESULT OF THIS
INCARCERATION
I PRAY THIS HONORABLE COURT SERVE FULL
JUSTICE AND ORDER ALL SAID ACCOMADATIONS
DECLARATION: I ROBERT LEE ERSKINE HEREBY
SWEAR UNDER PENALTY OF PERJURY, THAT "ALL"
STATEMENTS MADE AFOREMENTIONED ARE TRUE AN
CORRECT

01-21-23
DATE

PAGE 4 OF 4

ROBERT LEE ERSKINE
PRO SE PETITIONER

**Oregon Department of Corrections - AIC Mail**
**Institution** O.S.P. **SID** 17969640
**Name** ROB ERSKINE
**Address** 2605 STATE ST
**City** SALEM **State** OR **Zip** 97310



CC. PERSONAL FILE
001

SENT 01-22-23
LEGAL MAIL

HON. U.S. DISTRICT
COURT CLERK OFFICE # 740
1000 S.W. THIRD AVE
PORTLAND, OREGON
97204

97204\$2930 C002